# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | * |
| | *    **Chapter 13** |
| SUSAN MULVEY, | *    **Case Number: 16-03383** |
| KEITH MULVEY | * |
|     Debtors. | * |

## MOTION TO SUSPEND PLAN PAYMENTS

NOW COME Debtors by and through Counsel and hereby file this Motion to Suspend Chapter 13 Plan Payments, and in support thereof state as follows:

1. That Debtors filed this Chapter 13 bankruptcy case on October 1, 2016.

2. That this Court entered an Order confirming said case on March 22, 2017, with plan payments of $440.00 per month for 60 months with allowed non-priority unsecured claims to be paid 10.83% pro-rata;

3. That Debtors make payments pursuant to direct payment by means of ACH payment.;

4. That Debtors' submitted a payment on July 20, 2017, and that Debtors have maintained plan payments substantially current from the date of filing;

5. That Debtor Keith Mulvey has lost his job and is searching for new employment;

6. That Debtors request plan payments be suspended for a 3 month period commencing with the month after the Trustee last received a payment.

7. That Debtors request a hearing on the matter.

WHEREFORE, premises considered, Debtors request this Court grant this request to suspend plan payments for a 3 month period, with payments to remain unchanged or in an amount to be determined by the Trustee, and for any other, further, and different relief that this

Court deems appropriate.

       Respectfully Submitted,

       /s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK (KLIMS7892)
Stephen L. Klimjack, LLC
1252 Dauphin Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of September, 2017 served a copy of the foregoing motion on the Trustee Daniel B. O'Brien by the electronic filing system of the U.S. Bankruptcy Court (ECF).

       /s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK